STATE OF LOUISIANA

VERSUS

MAURICE HONOR

NO. 24-KH-366

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 21, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** MAURICE HONOR

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT, PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JESSIE M. LEBLANC, DIVISION "D", NUMBER 7361

---

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT GRANTED**

In this *pro se* writ application filed on August 12, 2024, relator, Maurice Honor, seeks mandamus relief to order the district court to rule on his Second or Subsequent Application for Post-Conviction Relief.

Our review of the official record indicates that relator filed his Second or Subsequent Application for Post-Conviction Relief on April 9, 2024, in case number 16-7361. However, there is no indication in the official record that the district court has ruled on relator's application for post-conviction relief to date.

Accordingly, we grant relator's writ of mandamus for the limited purpose of ordering the district court to rule on relator's Second or Subsequent Application for Post-Conviction Relief within thirty days of this writ disposition, if it has not already done so. We further order the district court to provide this Court with a copy of its ruling.

Gretna, Louisiana, this 21st day of August, 2024.

**TSM**
**MEJ**
**SUS**

1

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/21/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-366**

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Hon. Jessie M. LeBlanc (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Honorable Ricky L. Babin (Respondent)
District Attorney
Post Office Box 66
Convent, LA 70737

Maurice Honor #486190 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426